# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Hicks, S Maurice**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  S Maurice Hicks [electronically signed on 08/09/2019 by  S Maurice Hicks in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.
████████████████████████████████████████████ ]

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Centenary College of Louisiana | University/College | Lecturer/Adjunct Faculty Member |
| 2 | Children and Arthritis, Inc. (501(c) (3) organization) | Non-Profit | Board of Directors Member |
| 3 | Global Power Air Museum of Barksdale Air Force Base (501(c)(3) organization) | Non-Profit | Advisory Board Member |
| 4 | Paul M. Hebert Law Center, Louisiana State University | University/College | Board of Trustees |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Paralegal services - self-employed | |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1 | Bar Group, Bar Organization, or Bar Assocation | 04/12/2018 - 04/13/2018 | New Orleans, LA | Activity of profession al assoc or civic organizati on | Transportation, meals, lodging |

## V. Gifts

None

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Midland Mortgage | Mortgage - Rental Property #1, Ruston, LA | $15,001 - $50,000 |
| 2 | Progressive Bank | Line of Credit | $15,001 - $50,000 |
| 3 | Northwestern Mutual | Personal Loan | $15,001 - $50,000 |

## VII. Investments and Trusts

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|---|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| Capital One Bank Account #1 | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| State Farm Life Insurance Co. Universal Life | | $1,001 - $2,500 | Interest, Dividend | $15,001 - $50,000 | Cash Market | | | |
| Northwestern Mutual Life Insurance Co. Whole Life | | $1,000 or less | Interest, Dividend | $15,001 - $50,000 | Cash Market | | | |
| Timber Land, Lincoln Parish, Louisiana - 1/1/96 | See Note | None | None | $15,001 - $50,000 | Cost (Real Estate Only) | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Rental Property #1, Ruston, LA - 07/03/01 | See Note | $5,001 - $15,000 | Rent | $50,001 - $100,000 | Cost (Real Estate Only) | | | |
| Red River Syndicate LP | See Note | $15,001 - $50,000 | Dividend, Interest | $50,001 - $100,000 | Book Value | | | |
| Janney, Montgomery Scott Brokerage Account - Cash | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| IRA #2 Raymond James Bank Deposit Program | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Raymond James Bank Deposit Program-T | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| IRA #3 Raymond James Bank Deposit Program | | $1,000 or less | Interest | None | Cash Market | | | |
| JP Morgan -Cash Acct. | | None | None | $15,000 or less | Cash Market | | | |
| Raymond James Bank Deposit Program-S | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| IRA #2-Apple Incorporated | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2-Apple Incorporated | | | | | | Sold | 11/15/2018 | $15,000 or less |
| IRA #2-Cyrusone Incorporated | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IRA #2-W P Carey Inc. | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IRA #2- Hydrogenics | | None | None | $15,000 or less | Cash Market | | | |
| Gilead Sciences - Janney | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Enlink Midstream - Janney | | $1,000 or less | Distribution | None | Cash Market | | | |
| Enlink Midstream - Janney | | | | | | Sold | 01/25/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Enlink Midstream - Janney | | | | | Sold | 11/17/2018 | $15,000 or less |
| IberiaBank | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- T. Rowe Price Blue Chip | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- T. Rowe Price Blue Chip | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - Dodge & Cox Stock Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Dodge & Cox Stock Fund | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - Amazon | None | None | $15,001 - $50,000 | Cash Market | | | |
| IRA #2 - Amazon | | | | | Sold | 03/22/2018 | $15,000 or less |
| IRA #2 - Alphabet Inc | None | None | $15,001 - $50,000 | Cash Market | | | |
| IRA #2 - Delware Smal Cap | $1,000 or less | Interest, Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- Fidelity Small Cap Growth Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- Fidelity Small Cap Growth Fund | | | | | Sold | 08/27/2018 | $15,000 or less |
| IRA #2 - AmCap Fund Class F2 American Funds | $1,000 or less | Dividend | None | Cash Market | | | |
| IRA #2 - AmCap Fund Class F2 American Funds | | | | | Sold | 03/22/2018 | $15,000 or less |
| IRA #2 - Pioneer Nat Res | $1,000 or less | Dividend | None | Cash Market | | | |
| IRA #2 - Pioneer Nat Res | | | | | Sold | 01/11/2018 | $15,001 - $50,000 |
| IRA #3 - Genesis Energy LP | $1,000 or less | Distribution | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| IRA #3 - Genesis Energy LP | | | | | Sold | 01/03/2018 | $15,000 or less |
| Raymond James S - Cash Account | None | None | None | Cash Market | | | |
| Raymond James S - Cash Account | | | | | Closed | 10/09/2018 | $15,000 or less |
| IRA #2 - MSIF International Opp Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - MSIF International Opp Fund | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - Vanguard REIT Index Fund Admiral Shares | $1,000 or less | Dividend | None | Cash Market | | | |
| IRA #2 - Vanguard REIT Index Fund Admiral Shares | | | | | Sold | 12/19/2018 | $15,000 or less |
| IRA #2 - Eaton Vance Atlanta Capital SMID Cap Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Eaton Vance Atlanta Capital SMID Cap Fund | | | | | Purchased | 05/15/2018 | $15,000 or less |
| IRA #2 - Invesco Diversified Dividend Fund | $1,000 or less | Dividend | None | Cash Market | | | |
| IRA #2 - Invesco Diversified Dividend Fund | | | | | Sold | 03/22/2018 | $15,000 or lless |
| IRA #2 - Capital Income Builder Fund | $1,000 or less | Dividend | None | Cash Market | | | |
| IRA #2 - Capital Income Builder Fund | | | | | Sold | 08/24/2018 | $15,000 or less |
| IRA #2 - Pioneer Bond Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Pioneer Bond Fund | | | | | Purchased | 05/15/2018 | $15,000 or less |
| IRA #2 - Fidelity OTC Portfolio Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| IRA #2 - Fidelity OTC Portfolio Fund | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - Fidelity OTC Portfolio Fund | | | | | Purchased | 08/28/2018 | $15,000 or less |
| IRA #2 - Dodge & Cox Income Fund | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Dodge & Cox Income Fund | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - GNMA REMIC Trust 2009-87 | $1,000 or less | Interest | None | Cash Market | | | |
| IRA #2 - GNMA REMIC Trust 2009-87 | | | | | Sold | 05/21/2018 | $15,000 or less |
| IRA #2 - GNMA REMIC Trust 2010-162 | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| IRA #2 - Vanguard Wellesley Income Fund Admiral Shares | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Capital One Bank Account #2 (X) | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| Capital One Bank Account #3 (X) | None | None | $15,000 or less | Cash Market | | | |
| Capital One Bank Account #4 (X) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Capital One Bank Account #5 (X) | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| IRA #2- Youngevity International Incorp Com New | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- Youngevity International Incorp Com New | | | | | Purchased | 01/02/2018 | $15,000 or less |
| IRA #2- American Century Ultra Fund Investor Shares N/L | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- American Century Ultra Fund Investor Shares N/L | | | | | Purchased | 08/28/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| IRA #2- Blackrock Mid Cap Growth Equity Portfolio Ins Class | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- Blackrock Mid Cap Growth Equity Portfolio Ins Class | | | | | Purchased | 08/28/2018 | $15,000 or less |
| IRA #2- Cohen & Steers Real Estate Securities Fund Class I | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- Cohen & Steers Real Estate Securities Fund Class I | | | | | Purchased | 12/20/2018 | $15,000 or less |
| IRA #2-Fidelity Advisor International Real Estate Fund Class I | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2-Fidelity Advisor International Real Estate Fund Class I | | | | | Purchased | 03/26/2018 | $15,000 or less |
| IRA #2-Fidelity Advisor International Real Estate Fund Class I | | | | | Purchased | 05/15/2018 | $15,000 or less |
| IRA #2- Franklin Dynatech Fund Advisor Class | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- Franklin Dynatech Fund Advisor Class | | | | | Purchased | 08/29/2018 | $15,000 or less |
| IRA #2- Franklin Convertible Securities Fund Advisor Class | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- Franklin Convertible Securities Fund Advisor Class | | | | | Purchased | 08/24/2018 | $15,000 or less |
| IRA #2- Franklin Convertible Securities Fund Advisor Class | | | | | Purchased | 08/29/2018 | $15,000 or less |
| IRA #2- Goldman Sachs Small Cap Value Insights FD Investor | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- Goldman Sachs Small Cap Value Insights FD Investor | | | | | Purchased | 08/29/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| IRA #2- Janus Henderson Enterprise Fund Class I | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2- Janus Henderson Enterprise Fund Class I | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - New Perspective Fund Class F2 | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - New Perspective Fund Class F2 | | | | | Purchased | 05/15/2018 | $15,000 or less |
| IRA #2- Vanguard Equity Income Fund Admiral Shares | None | None | $15,000 or less | Cash Market | | | |
| IRA #2- Vanguard Equity Income Fund Admiral Shares | | | | | Purchased | 03/23/2018 | $15,000 or less |
| IRA #2 - Vanguard Explorer Fund Admiral Shares | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Vanguard Explorer Fund Admiral Shares | | | | | Purchased | 05/14/2018 | $15,000 or less |
| IRA #2 - Vanguard Explorer Fund Admiral Shares | | | | | Sold | 08/27/2018 | $15,000 or less |
| IRA #2 - Virtus Kar Small Cap Growth Fund | None | None | $15,000 or less | Cash Market | | | |
| IRA #2 - Virtus Kar Small Cap Growth Fund | | | | | Purchased | 05/15/2018 | $15,000 or less |
| IRA #2 - Virtus Kar Small Cap Growth Fund | | | | | Purchased | 08/28/2018 | $15,000 or less |
| IRA #2 - Pacer Trendpilot US Large Cap | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 - Pacer Trendpilot US Large Cap | | | | | Purchased | 02/07/2018 | $15,000 or less |
| IRA #2 - Pacer Trendpilot US Large Cap | | | | | Purchased | 08/27/2018 | $15,000 or less |
| Pacer Trendpilot US Large Cap ETF- Raymond James T | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Pacer Trendpilot US Large Cap ETF- Raymond James T | | | | | Purchased | 02/07/2018 | $15,000 or less |
| Energy Transfer LTD - Janney | $1,000 or less | Interest, Dividend | $15,000 or less | Cash Market | | | |
| Energy Transfer LTD - Janney | | | | | Purchased | 11/15/2018 | $15,000 or less |
| Bank of America Corp - Janney | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Bank of America Corp - Janney | | | | | Purchased | 01/01/2018 | $15,000 or less |
| Citigroup Inc - Janney | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Citigroup Inc - Janney | | | | | Purchased | 01/01/2018 | $15,000 or less |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 4 | $30,000 |
| VII. | 5 | $74,000 |
| VII. | 6 | $50,001 - $100,000 |